ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
|---|---|
| HECTOR SOTO SANTOS<br>MARIA GUZMAN CABRERA | |
| v.<br>Enron Corporation, et al. | CIVIL CASE 96-2546 (CCC) |

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3124, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk